IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:14-CR-69** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **JEFFREY LYNN WRIGHT JR.**, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 23rd day of March, 2015, upon consideration of the motion (Doc. 171) of defendant Jeffrey Lynn Wright ("Wright"), filed *pro se*, requesting the court enter an order requiring the court reporter to waive the transcript fee and provide him with a copy of a transcript of his sentencing hearing free of charge, (see id.), and the court acknowledging that the United States must bear the transcript fee "for persons proceeding under the Criminal Justice Act (18 U.S.C. 3006A), or in habeas proceedings to persons allowed to sue, defend, or appeal in forma pauperis," 28 U.S.C. § 753(f), but it appearing that Wright's criminal proceeding has concluded, that Wright has not taken an appeal therefrom, and that Wright has not commenced a habeas corpus proceeding and been granted leave to proceed *in forma pauperis* therein, it is hereby ORDERED that Wright's motion (Doc. 171) is DENIED.

          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania